WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
    Attorney for Plaintiff

FILED '07 JAN 17 09:06 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**VICKIE CONLEY,**

      Plaintiff,

vs.

**COMMISSIONER of Social Security,**

      Defendant.

CV # 05-1213-TC

ORDER

Attorney fees in the amount of $6,900.00 are hereby awarded to Plaintiff's counsel, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address, above.

DATED this _17_ day of _Jan_, 2007.

_____
United States ~~District~~ / Magistrate Judge

Submitted on December 15, 2006 by:

/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
    Attorney for Plaintiff

ORDER - Page 1